**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 07-7415**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

ROGER DALE CHARLES, II,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City.  Lacy H. Thornburg, District Judge.  (2:04-cr-00027)

Submitted:  February 28, 2008          Decided:  March 6, 2008

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Roger Dale Charles, II, Appellant Pro Se.  Joshua Brian Howard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina; Jill Westmoreland Rose, OFFICE OF THE UNITED STATES ATTORNEY, Asheville, North Carolina for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Roger Dale Charles, II, appeals the district court's order construing his 28 U.S.C. § 2241 (2000) petition as a motion to compel his attorney to produce a full copy of the record and denying it. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States v. Charles, No. 2:04-cr-00027 (W.D.N.C. Sept. 7, 2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED